## CPIP INC.; Secure Computing Systems, Inc., Plaintiffs–Appellees,

v.

## Alan GUTIERREZ, Defendant–Appellant.

No. 03–30826.

United States Court of Appeals, Fifth Circuit.

March 4, 2004.

Marjorie Ruth Esman, Kyle S. Sclafani, Milling Benson Woodward, New Orleans, LA, for Plaintiff-Appellee.

Dane S. Ciolino, Loyola University School of Law, John E. Di Giulio, Dylan C. Utley, New Orleans, LA, for Defendant-Appellant.

Before REAVLEY, DAVIS and DEMOSS, Circuit Judges.

PER CURIAM.*

We are unpersuaded that the record supports the district court's finding that Gutierrez was an employee or that the work on the software was "made for hire" under 17 U.S.C. § 301(b). However, we are unwilling to say at this stage of the proceedings that the district court abused its discretion in entering the preliminary injunction to maintain the status quo pending a hearing on the permanent injunction.

AFFIRMED.

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.